UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 17-CV-2776 (WMW/HB)

_____

Natasha Edwards,

      Plaintiff,

v.

Synchrony Bank, N.A.,

      Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

_____

    Natasha Edwards dismisses all claims in this action against Synchrony Bank, N.A. in full and with prejudice immediately under Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: October 24, 2017

*/s/ Bennett Hartz*
Curtis K. Walker #113906
Andrew C. Walker #392525
Bennett Hartz #393136
Alyssa F. George #396799
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
***Attorneys for Plaintiff***